UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> GUILLERMO CARDENAS, <br><br> Defendant - Appellant. | No. 04-30019 <br> D.C. No. CR-02-06057-FVS <br><br> **JUDGMENT** |

Appeal from the United States District Court for the Eastern District of Washington (Yakima).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Eastern District of Washington (Yakima) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 09/20/05

RECEIVED
OCT 17 2005
CLERK, US DISTRICT COURT
YAKIMA WASHINGTON

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 12 2005

by: _____
Deputy Clerk